UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE BRENDT-BARNETT<br>           Plaintiff (s)<br>     v.<br>HERTZ CORPORATION<br>           Defendant(s). | C 06-06027 MEJ<br><br>SCHEDULING ORDER FOR CASES<br>ASSERTING DENIAL OF RIGHT OF ACCESS<br>UNDER AMERICANS WITH DISABILITIES<br>ACT TITLE III  (42 U.S.C. §§ 12181- 89) |

   IT IS HEREBY ORDERED that this action is assigned to the Honorable **Maria-Elena James**.  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this Order and the assigned judge's pertinent Standing Orders.  This case is otherwise exempt from Civil Local Rule  4-2. Counsel  must comply with the case schedule listed below unless the Court otherwise orders.

## CASE  SCHEDULE

| Date | Event | Rule(s) |
|---|---|---|
| **9/27/2006** | **Complaint filed** | |
| 11/27/2006 | Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline | General Order 56; Civil Local Rule 7-11 |
| 7 days before Joint Site Inspection | Last day for parties to complete initial disclosures, including defendant's disclosure re: construction or alteration history of  subject premises | FRCivP 26(a); <br>General Order 56 ¶2; |
| 1/5/2007 | Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement | General Order 56 ¶3,4; |

| | | |
|---|---|---|
| **10 business days after Joint Site Inspection** | **Last day for parties to meet and confer in person to discuss settlement** | **General Order 56 ¶4;** |
| **45 days after Joint Site Inspection** | **Last day for plaintiff to file "Notice of Need for Mediation"** | **General Order 56 ¶6;** |
| **7 calendar days after mediation** | **Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference** | **General Order 56 ¶7; Civil Local Rule 7-11** |