ROBERT A. DOLINKO, CA BAR NO. 076256
 e-mail: radolinko@thelenreid.com
ELLEN M. PAPADAKIS, CA BAR NO. 186621
 e-mail: empapadakis@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel. 415.371.1200
Fax 415.371.1211

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHERINE BRENDT-BARNETT *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HERTZ CORPORATION, <br> dba HERTZ RENT-A-CAR, <br><br> Defendant. | Case No.: C06-06027 MEJ <br><br> **NOTICE OF CHANGE OF FIRM NAME** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective December 1, 2006, the law firm of Thelen Reid & Priest LLP, counsel for defendant THE HERTZ CORPORATION in the above-entitled action, will change its name to Thelen Reid Brown Raysman & Steiner LLP. The firm's address and telephone and fax numbers will remain the same.

Dated: November 16, 2006

                                    THELEN REID & PRIEST LLP


                                    By    /S/
                                       ELLEN M. PAPADAKIS
                                       Attorneys for Defendant
                                       THE HERTZ CORPORATION