1  CHARLA R. DUKE, Esq. State Bar No.095518
   360 GRAND AVE, SUITE 150
2  OAKLAND, CA 94610
   (510) 839-5453 FAX (510) 839-0343
3
   Attorney for Plaintiff
4  KATHERINE BREND-BARNETT, et al,.

5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9  KATHERINE BRENDT-BARNETT AND    )   **Case No. C 06-06027 MEJ**
                                   )   **DISMISSAL  RULE 41**
10 BARNABUS FAIRFIELD,             )
                                   )
11         Plaintiffs,             )
                                   )
12     vs.                         )
                                   )
13 HERTZ CORPORATION,              )
                                   )
14   dba HERTZ RENT-A-CAR,         )
                                   )
15                                 )
                                   )
16         Defendant               )
                                   )
17                                 )
                                   )
18                                 )
   _____)
19

20         The parties to the above-entitled action hereby stipulate to DISMISS with

21 prejudice, the entire, above- referenced action.

22

23

24
                            Dated this 14 day of February, 2007
25


                  Barnett vs Hertz Rent-A-Car Dismissal - 1

1  
2  
3  
4  
5  

                                               //s//  
                                               LAW OFFICES OF  
                                               CHARLA R. DUKE  
                                               360 Grand Ave.,  
                                               Suite 150  
                                               Oakland, CA  94610  
                                               (510) 839-5453  
                                               CHARLA R. DUKE, Esq./ State  
                                               Bar No. 095518

6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  

Barnett vs Hertz Rent-A-Car Dismissal - 2